

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00515-CR

Rodolfo Nino **ALEMAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 5, Bexar County, Texas
Trial Court No. 465736
Honorable George H. Godwin, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 22, 2016.

_____
Patricia O. Alvarez, Justice